# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC., § § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00587-JRG |

## ORDER

Before the Court is the Second Amended, Unopposed Motion to Approve Request for International Judicial Assistance in Procuring Evidence from Foreign Third Parties (the "Motion") filed by Plaintiff Collision Communications, Inc. ("Plaintiff"). (Dkt. No. 63.) In the Motion, Plaintiff requests the Court to issue Requests for Judicial Assistance ("Letters Rogatory") addressed to judicial authorities in Taiwan requesting that the Taiwanese authority assist in obtaining documents from Realtek Semiconductor Corp. and MediaTek Inc. (*Id.* at 3.) In the Motion, Plaintiff also requests the Court to issue a Letter Rogatory addressed to judicial authorities in the People's Republic of China requesting that the Chinese authority assist in obtaining documents from UNISOC (Shanghai) Technologies Co., Ltd. (*Id.*) The Motion is unopposed. (*Id.* at 1.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. The Court **APPROVES** the proposed Letters Rogatory, which are attached to the Motion as Appendices A-C. (Dkt. Nos. 63-1, 63-2, 63-3.) Accordingly,

the Court will execute the Letters Rogatory with original signatures, to which the Clerk of the Court shall affix original seals.

The Court further finds that, considering the Motion, Plaintiff's Amended, Unopposed Motion to Approve Request for International Judicial Assistance in Procuring Evidence from Foreign Third Parties (Dkt. No. 54) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 29th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE