**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Case No. 2:23-cv-00587-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF COLLISION COMMUNICATIONS, INC.'S UNOPPOSED MOTION TO WITHDRAW U.S. PATENT NOS. 8,089,946 & 9,814,071 & DISMISS COUNTS 3 AND 5 OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT PREJUDICE**

Plaintiff Collision Communications, Inc. ("Collision") respectfully files this Unopposed Motion to Withdraw U.S. Patent Nos. 8,089,946 and 9,814,071 & Dismiss Counts 3 and 5 of Plaintiff's First Amended Complaint Without Prejudice and would show the Court as follows:

On August 29, 2025, Plaintiff filed its Notice of Final Election of Asserted Claims, Dkt. 273. Plaintiff has not elected to assert any claims from U.S. Patent Nos. 8,089,946 or 9,814,071 and now seeks to formalize the dismissal of these patents from the case and the corresponding counts of patent infringement without prejudice.

Counsel for Collision met and conferred with counsel for Samsung to discuss the substantive relief sought in this Motion.

Accordingly, Collision respectfully requests that the Court grant this Unopposed Motion and enter an order withdrawing U.S Patent Nos. 8,089,946 and 9,814,071 and dismissing counts 3 and 5 of Plaintiff's First Amended Complaint without prejudice.

DATED: October 1, 2025

Respectfully submitted,

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Justin T. Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
Christopher S. Stewart
Texas Bar No. 24079399
Email: cstewart@caldwellcc.com
Robert Seth Reich Jr.
Texas State Bar No. 24088283
Email: sreich@caldwellcc.com
John F. Summers
Texas Bar No. 24079417
Email: jsummers@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
James F. Smith
Texas Bar No. 24129800
Email: jsmith@caldwellcc.com
James Yang (admitted Pro Hac Vice)
CA Bar No. 329979
Email: jyang@caldwellcc.com
Alexander J. Gras
Texas Bar No. 24125252
Email: agras@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Andrea Leigh Fair
Texas Bar No. 24078488
Email: andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF COLLISION COMMUNICATIONS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell

**CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel for Collision Communications, Inc. conferred with counsel for Samsung and that the relief requested herein is unopposed.

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell