

**2:23-cv-00587-JRG**
Collision Communications Inc v Samsung Electronics Co Ltd *et al*
October 3, 2025 at 1:00 PM

## Trial (with Jury Selection) -- Day 1

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Brad Caldwell | Collision Communications |
| Aisha Haley | " |
| Andrea Fair | " |
| Chris Stewart | " |
| Justin Nemunaitis | " |
| Sean Pak | Samsung Electronics |
| Kevin Hardy | " |
| Victoria Maroulis | " |
| Melissa Smith | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Jared Fry | Collision Communications |
| John Englehardt | Samsung Electronics |