# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| COLLISION COMMUNICATIONS, INC., | § § § § | |
| *Plaintiff*, | § § | CASE NO. 2:23-CV-00587-JRG |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Plaintiff"** or **"Collision"** refers to Plaintiff Collision Communications, Inc.

- **"Defendants"** or **"Samsung"** refers to Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.

- The **"'703 Patent"** refers to U.S. Patent No. 7,463,703.

- The **"'651 Patent"** refers to U.S. Patent No. 7,920,651.

- The **"'505 Patent"** refers to U.S. Patent No. 6,947,505.

- The **"'492 Patent"** refers to U.S. Patent No. 7,593,492.

- The **"Asserted Claims"** refers to:

    - Claims 1 and 5 of the '703 Patent;

    - Claims 1 and 3 of the '651 Patent;

    - Claim 1 of the '505 Patent; and

    - Claim 1 of the '492 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Collision prove by a preponderance of the evidence that Samsung infringed the following Asserted Claims?

For each claim below, please answer "Yes" or "No."

### The '703 Patent

Claim 1                     Yes: ✓     No: ____

Claim 5                     Yes: ✓     No: ____

### The '651 Patent

Claim 1                     Yes: ✓     No: ____

Claim 3                     Yes: ✓     No: ____

### The '505 Patent

Claim 1                     Yes: ✓     No: ____

### The '492 Patent

Claim 1                     Yes: ✓     No: ____

**ANSWER QUESTION NO. 2 ONLY AS TO ANY ASSERTED CLAIM THAT HAS BEEN FOUND INFRINGED ("YES" IN QUESTION NO. 1).**

**DO NOT ANSWER QUESTION NO. 2 AS TO ANY CLAIM THAT HAS NOT BEEN FOUND INFRINGED ("NO" IN QUESTION NO. 1).**

**IF YOU ANSWERED "NO" TO ALL OF THE CLAIMS IN QUESTION NO. 1, THEN DO NOT ANSWER QUESTION NO. 2 OR ANY OTHER QUESTIONS AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

## QUESTION NO. 2

Did Samsung prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

For each claim below, please answer "Yes" or "No."

### The '703 Patent

Claim 1                Yes: ____   No: ✓

Claim 5                Yes: ____   No: ✓

### The '651 Patent

Claim 1                Yes: ____   No: ✓

Claim 3                Yes: ____   No: ✓

### The '505 Patent

Claim 1                Yes: ____   No: ✓

### The '492 Patent

Claim 1                Yes: ____   No: ✓

**ANSWER QUESTION NO. 3 <u>ONLY</u> AS TO ANY ASSERTED CLAIM THAT HAS BEEN FOUND <u>BOTH</u> INFRINGED ("YES" IN QUESTION NO. 1) <u>AND</u> NOT INVALID ("NO" IN QUESTION NO. 2).**


**IF <u>ALL CLAIMS</u> IN QUESTION NO. 2 WERE EITHER ANSWERED "YES" (BECAUSE IT IS INVALID) OR LEFT BLANK (BECAUSE IT WAS FOUND TO NOT BE INFRINGED IN QUESTION NO. 1), THEN DO NOT ANSWER QUESTION NO. 3 OR ANY OTHER QUESTIONS AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

## QUESTION NO. 3

What sum of money, if paid now in cash, has Collision proven by a preponderance of the evidence would compensate it for its damages resulting from Samsung's infringement?

Answer in United States Dollars and Cents, if any:

$ __445,494,160.00__

**ANSWER QUESTION NO. 4 ONLY IF YOU ANSWERED QUESTION NO. 3.**

## QUESTION NO. 4

Is the total amount of the reasonable royalty damages that you found in Question No. 3 above a running royalty or a lump sum royalty?

A running royalty: __✓__   **OR**   A lump sum royalty: _____

## ANSWER QUESTION NO. 5 ONLY IF YOU ANSWERED QUESTION NO. 4.

## QUESTION NO. 5

Did Collision prove by a preponderance of the evidence that Samsung's infringement which you have found was **willful**?

Yes: __✓__   **OR**   No: _____

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __10__ day of October, 2025.

_____
Jury Foreperson