IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>Defendants. | Case No. 2:23-cv-00587-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF AUSTIN CURRY
IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION**

I, Austin Curry, declare as follows:

1. I am an attorney at Caldwell Cassady & Curry P.C. I submit this declaration based on my personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. My firm represents Collision Communications, Inc. in this matter.

3. Attached as Exhibit 1 are digital images of excerpts of 1 J. Story & A.E. Randall, Commentaries on Equity Jurisprudence §§ 930–933 (3d ed. 1920).

4. Attached as Exhibit 2 are digital images of excerpts of 4 John Norton Pomeroy, Equity Jurisprudence §§ 1347, 1352 (3d ed. 1905).

5. Attached as Exhibit 3 are digital images of the eighteenth-century Chancery case *Horton v. Maltby*, LI Misc MS 112, p. 10 (Ch. 1783). I requested and obtained these images

from the librarians at The Library at The Honourable Society of Lincoln's Inn in London, UK. Lincoln's Inn claims copyright protection over the scanned digital images of *Horton*.

      6.      I asked Lincoln's Inn for permission to submit the copyrighted images of *Horton* in a court filing. Lincoln's Inn gave me permission on the condition that each image be accompanied by the following note: "All images © The Honourable Society of Lincoln's Inn. Reproduced with permission of the Benchers of Lincoln's Inn." The images of *Horton* in Exhibit 3 therefore include the required copyright notice from Lincoln's Inn.

      I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Executed on December 10, 2025

_____
Austin Curry