IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

COLLISION COMMUNICATIONS, INC.

        Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD.;
SAMSUNG ELECTRONICS AMERICA,
INC.,

        Defendants.

Case No. 2:23-cv-00587-JRG

**JURY TRIAL DEMANDED**

## [PROPOSED] PERMANENT INJUNCTION

Upon considering the arguments presented by counsel for both parties as well as the declarations submitted, the Court hereby **ORDERS** that a permanent injunction be awarded against the Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Defendants" or "Samsung") to restrain them, their officers, directors, executive, employees, and agents from making, using, offering to sell, or selling, within the United States or importing into the United States phones and tablets that infringe Claim 1 of U.S. Patent No. 7,593,492 (the "'492 patent") without the Plaintiff's consent.

Defendants are hereby **ENJOINED** from making, using, offering to sell, or selling withing the United States or importing into the United States, any of the following products:

    (1) the products that were found to infringe claim 1 of the '492 patent at trial;[1]

    (2) phones and tablets that include any of the cellular chipsets included in the products that were found to infringe claim 1 of the '492 patent at trial; and

---

[1] A list of these products was admitted into the trial record as PX-14.

1

(3) phones and tablets that include the following features found to infringe the '492 patent:

(i)  selecting between different single user MIMO detection algorithms based on Rank, such as selecting between DF-MMSE and DR-MLM based on transmission rank (e.g., Rank 2 versus Rank 3/4);

(ii) selecting between different single user MIMO detection algorithms based on modulation scheme, such as selecting between DF-MMSE or DR-MLM and reduced complexity[2] DF-MMSE or DR-MLM based on modulation scheme.

Without leave of Court, Defendants are permitted to make, sell, offer to sell, and import phones and tablets in and into the United States that do not include functionality for selecting between different single user MIMO detection algorithms based on Rank or functionality for selecting between different single user MIMO detection algorithms based on modulation scheme.

* * *

As part of complying with this injunction, Defendants are **ORDERED** to follow the following procedures if one or both desires to make, use, sell, offer to sell, and import phones and tablets that include either of these features with redesigned technology that Samsung believes would avoid infringing the '492 patent:

(i)   give written notice to Plaintiff;

---

[2] Reduced complexity refers to modes that perform algorithms across a subset of constellation points.

       (ii)     produce the source code build for the redesigned chipset software, hardware, and firmware to Plaintiff's counsel and its experts under the protections of the Protective Order entered in this case;

      (iii)    provide supplemental responses to Plaintiff's written discovery requests to explain the contentions and factual basis of Defendants' belief of noninfringement

Once Samsung has complied with requirements (i)-(iii) above, it must give Plaintiff 30 days to evaluate the materials provided, after which time the parties are required to meet and confer to try to reach agreement on whether the redesign infringes.  If the parties thereafter continue to disagree about whether the redesign infringes, Samsung may file a motion for leave from this **INJUNCTION** for the redesigned product, which the Court will either grant or deny after considering both parties' submissions and after conducting any necessary further proceedings.

This **INJUNCTION** shall take effect in 30 days and shall dissolve upon expiration of the '492 patent.