## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

COLLISION COMMUNICATIONS, INC.

Plaintiff,

*v.*

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC.,

Defendants.

Case No. 2:23-cv-00587-JRG

JURY TRIAL DEMANDED

### NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rules of Appellate Procedure 3(b)(2) and 4(a)(1)(A), Plaintiff Collision Communications, Inc. ("Collision") hereby gives notice that it appeals to the United States Court of Appeals for the Federal Circuit from the order denying Collision's motion for a permanent injunction ("Order") that was entered in this action on May 18, 2026 (Dkt. No. 400), and from any adverse prior rulings, orders, and determinations antecedent to and/or merged into the Order.

Collision files this Notice earlier than required by FRAP 4(a)(1)(A), and separate from any appeal of the Court's forthcoming rulings on other posttrial motions, because Collision intends to move to expedite the appeal proceedings under Federal Rule of Appellate Procedure 27. Expediting the appeal is necessary given the ongoing irreparable harm to Collision's interests and the '492 patent's limited remaining term. And, consistent with the associated Federal Circuit Practice Notes, Collision believes that a prompt Notice of Appeal is a necessary first step toward achieving expedited treatment above.

Nevertheless, to the extent practicable, Collision still intends to consolidate or coordinate this appeal with any subsequent appeal (by either party) of the remaining issues before the Court. The interlocutory appeal of this Order does not divest the Court of jurisdiction over the remaining aspects of the case, including rulings on post-trial motions. *See Alice L. v. Dusek*, 492 F.3d 563, 564 (5th Cir. 2007) ("A notice of appeal from an interlocutory order does not produce a complete divestiture of the district court's jurisdiction over the case; rather, it only divests the district court of jurisdiction over those aspects of the case on appeal."); *cf. Robert Bosch LLC v. Pylon Mfg. Corp.*, 659 F.3d 1142, 1146 (Fed. Cir. 2011) ("Thus, on its face, the district court's order denying Bosch's request for a permanent injunction in a patent case falls within the scope of § 1292(a)(1), (c)(1)."); 28 U.S.C. §§ 1292(a)(1), (c)(1) (describing jurisdiction over appeals of interlocutory orders). Thus, once the Court issues additional orders resolving the remaining disputes, should either party take an appeal from those issues, Collision will, if possible, work to coordinate those proceedings with the appeal taken via this Notice.

DATED: May 27, 2026

Respectfully submitted,

*/s/ Austin Curry*
Austin Curry (TX Bar No. 24059636)
acurry@caldwellcc.com
Bradley W. Caldwell (TX Bar No. 24040630)
bcaldwell@caldwellcc.com
Jason D. Cassady (TX Bar No. 24045625)
jcassady@caldwellcc.com
Justin T. Nemunaitis (TX Bar No. 24065815)
jnemunaitis@caldwellcc.com
Christopher S. Stewart (TX Bar No. 24079399)
cstewart@caldwellcc.com
Hamad M. Hamad (TX Bar No. 24061268)
hhamad@caldwellcc.com
Robert Seth Reich Jr. (TX Bar No. 24088283)
sreich@caldwellcc.com
John F. Summers (TX Bar No. 24079417)
jsummers@caldwellcc.com
Aisha M. Haley (TX Bar No. 24139895)
ahaley@caldwellcc.com
James F. Smith (TX Bar No. 24129800)
jsmith@caldwellcc.com
James Yang (admitted Pro Hac Vice)
CA Bar No. 329979
jyang@caldwellcc.com
Alexander J. Gras (TX Bar No. 24125252)
agras@caldwellcc.com
Bailey A. Blaies (TX Bar No. 24109297)
bblaies@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Andrea Leigh Fair (TX Bar No. 24078488)
andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Paul D. Clement (*admitted pro hac vice*)
VA Bar No. 37915

paul.clement@clementmurphy.com
C. Harker Rhodes IV (*admitted pro hac vice*)
VA Bar No. 99759
harker.rhodes@clementmurphy.com
Camilo Garcia (*admitted pro hac vice*)
DC Bar No. 90004901
Camilo.garcia@clementmurphy.com
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandra, VA  22314
Phone:  (202) 742-8900
Facsimile:  (703) 997-6207

### CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Austin Curry*
Austin Curry